**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**WESTERN DIVISION**

RONALD LEE WILLIAMS,                    )
                                        )
    Movant,                             )   Civil No. 16-CV-00732-W-DW
                                        )   Crim. No. 90-CN-00001-01-W-DW
v.                                      )
                                        )
UNITED STATES OF AMERICA,               )
                                        )
    Respondent.                         )

## ORDER

Movant has filed a motion to vacate, set aside, or correct his sentence entered in the above-referenced criminal case pursuant to 28 U.S.C. § 2255. Accordingly, it is hereby ORDERED that within thirty (30) days from the date of this Order, the Respondent shall show cause why the relief sought should not be granted.

IT IS SO ORDERED.

Date: July 8, 2016                      _____/s/ Dean Whipple_____
                                        Dean Whipple
                                        United States District Judge