UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | |
|---|---|
| RONALD LEE WILLIAMS, ) | |
| ) | |
|     Movant, ) | |
| ) | |
|   vs. ) | Case No. 16-0732-CV-W-DW-P |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
|     Respondent. ) | |

**O R D E R**

    This case involves a motion to vacate sentence pursuant to 28 U.S.C. § 2255. Upon closer review, it appears that Movant is challenging a sentence entered by the United States District Court for the District of Nebraska in Case No. 8:02-CR-00008-LSC-1. Therefore, the Court's previous show cause order (Doc. 4) is vacated, and this case is transferred to the United State District Court for the District of Nebraska for all further proceedings.

    So **ORDERED.**

                                                      /s/ Dean Whipple
                                                    DEAN WHIPPLE
                                                    UNITED STATES DISTRICT JUDGE

Kansas City, Missouri,

Dated: August 2, 2016.