# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　Plaintiff,<br><br>　vs.<br><br>RONALD LEE WILLIAMS,<br><br>　　　　　　　　Defendant. | 8:02CR8<br><br>JUDGMENT |

IT IS ORDERED:

1. That the Court completed initial review of the Defendant's second or successive Motion under 28 U.S.C. § 2255 to Vacate, Set Aside, or Correct Sentence by a Person in Federal Custody ("§ 2255 Motion"), ECF No. 78;

2. The § 2255 Motion, ECF No. 78, is summarily dismissed;

3. The Clerk will mail a copy of this Judgment to the Defendant at the Defendant's last known address.

Dated this 2nd day of May, 2017.

　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　s/Laurie Smith Camp
　　　　　　　　　　　　　　　　　　Chief United States District Judge